**Order entered November 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00163-CV**

**SALLY TYE F/K/A SALLY S. SHUFFIELD, INDIVIDUALLY AND AS CO-TRUSTEE OF THE SHUFFIELD LIVING TRUST, Appellant**

**V.**

**RODNEY M. SHUFFIELD, INDIVIDUALLY AND AS CO-TRUSTEE OF THE SHUFFIELD LIVING TRUST, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02071-2020**

**ORDER**

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III

Before the Court are appellee's October 17, 2022 motion to dismiss the appeal and appellant's November 4, 2022 motion to extend time to file her reply brief. We **GRANT** the extension motion and **ORDER** the brief be filed no later than December 6, 2022. We **DEFER** to submission the motion to dismiss.

/s/    KEN MOLBERG
       JUSTICE